DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 429P13 | Robert Paul Morris v. Scenera Research, LLC and Ryan C. Fry | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-1481) | 1. Allowed |
| | | 2. N.C. Chamber and N.C. Association of Defense Attorneys' Motion for Leave to File Amicus Brief | 2. Allowed |
| | | 3. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Plt's Motion to Strike Motion by the N.C. Chamber and the N.C. Association of Defense Attorneys Denominated Motion for Leave to File Amicus Curiae Brief | 4. Denied |
| | | 5. Qualcomm Incorporated, Qualcomm Technologies, Incorporated, Cisco Systems, Inc., Microsoft Corp., and Cree, Inc.'s Motion for Leave to File Amicus Brief | 5. Allowed |
| | | 6. N.C. State University's Motion for Leave to File Amicus Brief | 6. Allowed |
| | | 7. Plt's Motion to Strike Motion by Qualcomm Incorporated, Qualcomm Technologies, Incorporated, Cisco Systems, Inc., Microsoft Corp., and Cree, Inc. Denominated Motion for Leave to File Amicus Curiae Brief | 7. Denied |
| | | 8. Plt's Motion to Strike Motion by N.C. State University Denominated Motion for Leave to File Amicus Curiae Brief | 8. Denied |
| 434P13-3 | State v. Darwin Vernell Christian | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-796) | 1.Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 435A96-5 | State v. Walic Christopher Thomas | 1. Def's Motion to Stay Petition for *Writ of Certiorari* | 1. |
| | | 2. Def's Petition for *Writ of Certiorari* to Review the Decision of the Superior Court of Guilford County | 2. |
| | | 3. Def's *Pro Se* Motion to Withdraw All Appeals | 3. Dismissed **12/15/2010** |
| | | 4. State's Motion for Leave to Substitute Counsel of Record | 4. Allowed **07/12/2013** |
| | | 5. Def's Pro Se Motion for Ineffective Assistance of Post Conviction Counsel | 5. Dismissed |